UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AHMED S.A. FARAH,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

Case No. C13-1610-BJR

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge. (Dkt. No. 19). No objections have been filed. The Court, having considered the Report and Recommendation, the parties' briefing, and the balance of the record, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation in full;

(2)    The Commissioner's final decision is AFFIRMED; and

(3)    The Clerk of the Court is respectfully DIRECTED to send copies of this Order to the parties and to Magistrate Judge Donohue.

Dated this 23rd day of October, 2014.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge